# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 4, 2019

## NO. 03-18-00679-CV

**Marie Bowser, Appellant**

**v.**

**Rice Capital, LLC Series 23 and David Blakeley IRA, Appellees**

## APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, TRIANA
## DISMISSED AS MOOT-- OPINION BY JUSTICE TRIANA

This is an appeal from the judgment signed by the trial court on October 1, 2018. Having reviewed the record and the parties' arguments, the Court agrees that the appeal should be dismissed. Therefore, the Court dismisses the appeal as moot. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.